UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC**, *Plaintiff*; vs. **JOHN DOE**, *Defendant(s).* | CASE NO. 1:18-CV-0472-DLC<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

I, Joseph A. Bahgat, hereby move this Court under Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, for an order for granting admission to practice pro hac vice as counsel for defendant John Doe in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Pennsylvania, New Jersey and Ohio, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Annexed to this application is the affidavit required under Local Rule 1.3.

Respectfully submitted,

Dated: 11-Jun-2018

　*s/ Joseph A. Bahgat*
Joseph A. Bahgat
THE PRIVACY FIRM PC
1701 Walnut Street Ste. 70354
P.O. Box 37635
Philadelphia PA  19101-0635
+1 877-721-9027
joe@privacyfirm.law

MOTION FOR ADMISSION PRO HAC VICE

